IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL ENRIQUE LEAL ESTEIRA,**<br>**Petitioner,**<br><br>v.<br><br>**J.L. JAMISON, BRIAN MCSHANE,**<br>**TODD LYONS, KRISTI NOEM, AND**<br>**PAMELA BONDI,**<br>**Respondents.** | CIVIL ACTION<br><br><br><br><br>NO. 26-231 |

**O R D E R**

**AND NOW**, this 16th day of January, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and Petitioner's Motion for Temporary Restraining Order (ECF Nos. 2 & 3), **IT IS HEREBY ORDERED** that:

1. A hearing on Petitioner's Motion for Temporary Restraining Order shall take place on **Friday, January 30, 2026 at 10:00 a.m.** in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

2. Respondents shall not transfer Petitioner without further order of the Court.

3. Respondents shall respond to the Petition by **Wednesday, January 21, 2026, at 12:00 p.m.**

BY THE COURT:


S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, C.J.**